UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QaSHONTAE HOSOMLA SHORT-BRUNDIDGE,

Plaintiff,

v.

SHERLOCK STORAGE, *et al.*,

Defendants.
_______________________________/

Case No. 4:26-cv-13780

F. Kay Behm
United States District Judge

# JUDGMENT

In accordance with the Opinion and Order issued on November 9, 2026, the case is **DISMISSED** with prejudice.

**SO ORDERED.**

Date: November 9, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge